**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **PLAINTIFF,** | * |
| | * |
| **v.** | * **CASE NO. 4:26-mj-04166-DHH-17** |
| | * |
| | * |
| **FREDERICK HARDY** | * |
| **DEFENDANT,** | * |

**ASSENTED MOTION FOR REMOTE APPEARANCE**

Comes now, Frederick Hardy, by and through counsel, respectfully petitions this Honorable Court to conduct his arraignment via Zoom on June 2nd or June 5th.  As grounds, Mr. Hardy resides in Hawaii where he already appeared in the District of Hawaii for a Rule 5 hearing and was released by order of the Court.  Further, the financial burden of procuring airfare and hotel accommodations, plus the distance between Hawaii and Massachusetts and logistics involved for a brief initial appearance can be ameliorated with a virtual hearing.  Defense counsel will also be out of town May 28, 2026 – June 1, 2026.  Given these circumstances, defense counsel and Mr. Hardy are hopeful to assign the initial appearance to the dates indicated above and to attend remotely.  Mr. Hardy has provided written consent to attend remotely, which is attached hereto.  The government is aware of this motion and has no objection.

Frederick Hardy,
By his attorney

*s/Kensley R. Barrett*
KENSLEY R. BARRETT
Bar No. 8657
Law Office of Kensley Barrett
1000 Chapel View Blvd
Cranston, RI
Phone: (401) 601.8646
ken@krbarrettlaw.com

**CERTIFICATE OF SERVICE**

I, do hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Danial Bennett
Assistant United States Attorney

Respectfully submitted,

*s/Kensley R. Barrett*
KENSLEY R. BARRETT
Bar No. 8657
Law Office of Kensley Barrett
1000 Chapel View Blvd
Cranston, RI
Phone: (401) 601.8646
ken@krbarrettlaw.com