UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    Case No.: 4:25-mj-04166-DHH

FREDERICK HARDY

## WAIVER OF PHYSICAL APPEARANCE FOR ARRAIGNMENT

I, Frederick Hardy, the named Defendant in the above matter, hereby offer to waive my physical presence before the United Stated District Court for the District of Massachusetts for my initial appearance. I make this waiver knowingly, voluntarily, and with the assistance of counsel. I also support this waiver in support of my motion seeking Court permission to appear before the Court remotely for this event.

FREDERICK HARDY,



Frederick Hardy (May 20, 2026 09:52:56 HST)