CLOSED

# U.S. District Court
## District of Hawaii (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:26–mj–00447–RT–1

Case title: USA v. Hardy

Date Filed: 05/14/2026

Other court case number: 4:26–mj–04166–DHH–17 District of Massachuesetts

Date Terminated: 05/18/2026

Assigned to: MAGISTRATE JUDGE ROM TRADER

**Defendant (1)**

**Frederick Hardy**
*TERMINATED: 05/18/2026*

represented by **Melinda K. Yamaga**
Office of the Federal Public Defender
PJKK Federal Building
300 Ala Moana Blvd Rm 7–104
Honolulu, HI 96850
808 541–2521
Email: Melinda_Yamaga@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 21:846=CD.F – CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE, 21 U.S. C . § 846; Money Laundering Conspiracy, 18 U. S .C. § 1956(h) (District of Massachusetts, 26–mj–4166–DHH) | Transferred to the District of Massachusetts, 4:26–mj–04166 DDH–17 |

**Plaintiff**

**USA**

represented by **Barbara Eucker**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850

808–440–9249
Email: barbara.eucker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2026 | | Arrest (Rule 40) of Frederick Hardy (eta) (Entered: 05/14/2026) |
| 05/14/2026 | 1 | DECLARATION of Carlos Mena – by USA as to Frederick Hardy (Attachments: # 1 Exhibit 1 – Criminal Complaint, # 2 Exhibit 2 – Executed Arrest Warrant)(eta) (Entered: 05/14/2026) |
| 05/14/2026 | 2 | EO: as to Frederick Hardy – An Initial Appearance (Rule 5 OUT) is set for 5/15/2026 at 2:00 PM in Courtroom 5 before MAGISTRATE JUDGE ROM TRADER. <br><br>(Attorney Melinda K. Yamaga and the Office of the Federal Public Defender are provisionally appointed pending submission of Defendant's Financial Affidavit.) <br><br>(MAGISTRATE JUDGE ROM TRADER) (ab) (Entered: 05/14/2026) |
| 05/15/2026 | 3 | CJA 23 Financial Affidavit – by Frederick Hardy (eta) (Entered: 05/18/2026) |
| 05/15/2026 | 4 | EP :Initial Appearance (Rule 5 OUT) as to Frederick Hardy held on 5/15/2026. Defendant Frederick Hardy ("Defendant") present and in custody. <br><br> Appointment of Counsel: <br>Defendant sworn to Financial Affidavit. The Court appoints Ms. Melinda K. Yamaga and the Office of the Federal Public Defender as counsel. <br><br> Initial Appearance: <br>Defendant charged by Criminal Complaint in the District of Massachusetts. Ms. Yamaga has reviewed the Criminal Complaint with Defendant. Defendant acknowledges general understanding of the charges. <br><br> Waiver of Rule 5 & 5.1: <br>Court provided with *Waiver of Rule 5 & 5.1 Hearings* form signed by Defendant. Court confirms Defendant's waiver of rights, i.e., right to an identity hearing, and production of a warrant as documented in the waiver form. Court finds Defendant's waiver to be knowingly, voluntarily and intelligently made. Court accepts Defendants waiver. *Waiver of Rule 5 & 5.1 Hearings* form filed. <br><br> Detention/Release: <br>Court adopts the recommendation of Pretrial Services and finds the conditions adequate to reasonably assure Defendant's appearance and to mitigate any risk of danger posed should he be released. The Court ORDERS Defendant be released on an **unsecured** bond in the amount of **$50,000.00** with the following conditions *(refer to attached minutes)*. <br><br>Other Conditions: **You must appear for any Court appearances as instructed in the District of Massachusetts.** <br><br>**These minutes will stand as the conditions of bond. IT IS SO ORDERED.** <br><br>Defendant is remanded to the custody of the U.S. Marshal Service for processing. Abstract of Release to be filed. Defendant ordered released forthwith. <br><br> **Defendant ordered to appear in the District of Massachusetts on May 29, 2026 at 10:00 a.m. at 595 Mainstreet Worcester, Massachusetts 01608.** <br><br>(FTR–CT 5 / 2:30–2:42 PM) (MAGISTRATE JUDGE ROM TRADER) (eta) (Entered: 05/18/2026) |

| 05/15/2026 | 5 | WAIVER of Rule 5 & 5.1 Hearings – by Frederick Hardy. (eta) (Entered: 05/18/2026) |
|---|---|---|
| 05/15/2026 | 6 | Abstract of Release as to Frederick Hardy (eta) (Entered: 05/18/2026) |
| 05/15/2026 | 7 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Frederick Hardy – Signed by MAGISTRATE JUDGE ROM TRADER on 5/15/2026. (eta) (Entered: 05/18/2026) |
| 05/18/2026 | 8 | Clerk's Office Transmittal Letter to the District of Massachusetts re Rule 5 documents, dated May 18, 2026. (eta) (Entered: 05/18/2026) |