FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2026

at 2 o'clock and 42 min. P M
Lucy H. Carrillo, Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

CASE NUMBER 26-MJ-00447-RT

UNITED STATES OF AMERICA )
)
vs )          ABSTRACT OF RELEASE
)
Frederick Hardy )
)
_____ )

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of ___5/15/2026___ the Court entered the following order:

✓ Defendant to be released from custody forthwith

   ✓ Released to / continued on pretrial release

   _____ Sentenced to time served

   _____ Case Dismissed

   _____ Released to / continued on supervised probation / unsupervised probation

   _____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met

effective _____ , defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy H. Carrillo
~~Sue Beitia~~, Clerk of Court

by: A. B.        Deputy Clerk