AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**MAY 15 2026**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MJ-26-00447 RT  *2* o'clock and *42* min. *P* M |
| | ) | Lucy H. Carrillo, Clerk |
| Frederick Hardy | ) | Charging District:    District of Massachusetts |
| *Defendant* | ) | Charging District's Case No.  26-mj-4166-DHH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Worcester Courthouse 595 Main Street Worcester MA 01608 | Courtroom No.: 1 |
|---|---|
| | Date and Time: 5/29/2026 at 10:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5/15/2026 _____

_____
*Judge's signature*

**ROM A. TRADER**

_____
*Printed name and title*