AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2026

at____ o'clock and____ min.____M
Lucy H. Carrillo, Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>FREDERICK HARDY<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.   26-mj-4166-DHH<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FREDERICK HARDY_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
18 U.S.C. § 1956(h)- Money Laundering Conspiracy


Date:   **May 5, 2026**_____          _____
                                                            *Issuing officer's signature*

City and state:   Worcester, Massachusetts_____          David H. Hennessy, United States Magistrate Judge
                                                            *Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* 5-14-26, and the person was arrested on *(date)* 5-14-26 | |
| at *(city and state)* HONOLULU, HI. | |
| Date: 5-15-26 | _____<br>*Arresting officer's signature*<br><br>SA WESLEY MONACO<br>*Printed name and title* |