AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Frederick Hardy | )    Case No. 4:26-mj-04166-DHH |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

6/5/2026

Date:   05/06/2026

*Defendant's signature*
Frederick Hardy (Jun 5, 2026 09:24:16 HST)

*Kensley R. Barrett*
*Signature of defendant's attorney*

Kensley R. Barrett, Esq. BBO#708764
*Printed name and bar number of defendant's attorney*
Law Office of Kensley R. Barrett
572 Washington Street, Suite 21
Wellesley, MA 02482

*Address of defendant's attorney*

ken@krbarrettlaw.com
*E-mail address of defendant's attorney*

857.229.2442
*Telephone number of defendant's attorney*

617.904.1839
*FAX number of defendant's attorney*

Print    Save As...    Reset